JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VACHAGAN MIKE ASATRYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PORSCHE CARS NORTH AMERICA, INC.<br><br>Defendants. | Case No.: **2:25-cv-06846-CV (MAAx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On January 15, 2025, the parties filed a joint stipulation requesting the Court to dismiss the above-captioned action with prejudice in accordance with the terms and conditions of their written settlement agreement ("Stipulation"). Doc. # 13. The parties also request the Court to retain jurisdiction to enforce and require compliance with the terms of the settlement agreement. *Id.*

The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS IN PART and DENIES IN PART the Stipulation and ORDERS as follows:

1. The parties' request to dismiss the above-captioned action with prejudice in accordance with the terms and conditions of their written settlement agreement is GRANTED; and

2. The Court DENIES the parties' request to retain jurisdiction over their settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 375–76 (1994) ("[E]nforcement of the settlement agreement is for state courts, unless there is some independent basis for federal jurisdiction[.]"); *Arata v. Nu Skin Int'l, Inc.*, 96 F.3d 1265, 1269 (9th Cir. 1996) ("[T]he mere fact that the parties agree that the court should exercise continuing jurisdiction is not binding on the court.").

3. The Scheduling Conference currently set for January 30, 2026 is hereby VACATED.

**IT IS SO ORDERED**

Date:  1/26/26

By: *Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE